AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| National Union Fire Ins. Company of Pittsburgh, PA )<br>*Plaintiff* )<br>v. )<br>Alliance Construction, Inc. et ano. )<br>*Defendant* ) | Case No.   13-cv-1355 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Alliance Construction, Inc. and Cornerstone Group Construction, Inc.

Date:   05/14/2013

*Attorney's signature*

Jonathan Rogin (9800)
*Printed name and bar number*

Berger & Webb, LLP
7 Times Square, 27th Fl.
New York, NY  10036
*Address*

jrogin@bergerwebb.com
*E-mail address*

(212) 319-1900
*Telephone number*

(212) 319-2017
*FAX number*