UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH,
                Plaintiff,

- against -

ALLIANCE CONSTRUCTION ET AL.,

                Defendants.

---

13 Civ. 1355 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time to move or answer is extended to **May 29, 2013**.

The conference set for May 29, 2013 is cancelled.

SO ORDERED.

Dated:    New York, New York
             May 16, 2013

                                      _____
                                          John G. Koeltl
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/16/13