Michael S. Davis
Yoav M. Griver
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400
Attorneys for plaintiff National Union Fire
　Insurance Company of Pittsburgh, Pa.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/31/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.,

　　　　　　　Plaintiff,

　- against -

ALLIANCE CONSTRUCTION, INC. and
CORNERSTONE GROUP CONSTRUCTION, INC.

　　　　　　　Defendants.

Case No.: 13-cv-1355 (JGK)

**NOTICE OF DISMISSAL**

---

TAKE NOTICE that plaintiff National Union Fire Insurance Company of Pittsburgh, Pa. dismisses this action without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated:　New York, New York
　　　　May 30, 2013

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
　　Yoav M. Griver
　　575 Lexington Avenue
　　New York, New York 10022
　　(212) 223-0400
　　*Attorneys for Plaintiff*

TO:　Jonathan Rogin, Esq.
　　　Berger & Webb, LLP
　　　7 Times Square, 27th Floor
　　　New York, New York 10036
　　　**Attorneys for Defendants**

SO ORDERED:

_____
U.S.D.J.

5/30/13